```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA
```

_____
                              )
**GUSTAVO T. LUNA,**          )
                              )
       **Petitioner,**     )
                              )
       **v.**              )   Civil Action No. 08-235 (RWR)
                              )
**MICHAEL B. MUKASEY, et al.** )
                              )
       **Respondents.**    )
_____)

**ORDER**

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

ORDERED that the petitioner's petition [1] for a writ of habeas corpus be, and hereby is, DENIED.

This is a final, appealable order.

SIGNED this 18th day of March, 2008.


                                    _____/s/_____
                                    RICHARD W. ROBERTS
                                    United States District Judge